PS-8
8/88

# UNITED STATES DISTRICT COURT

for

EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**U.S.A. vs. Jemall Robert Blythe**            **Docket No. 5:13-CR-206-1D**

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Dewayne L. Smith, probation officer of the court, presenting an official report upon the conduct of defendant, Jemall Robert Blythe, who was placed under pretrial release supervision by the Honorable William A. Webb, U.S. Magistrate Judge, sitting in the Court at Raleigh, NC, on the15th day of August, 2013, under the following conditions:

- The defendant is placed in the custody of Alexis Ward in Portsmouth, VA.
- Report to the probation office or supervising officer as directed.
- Abide by the following restrictions on personal association, place of abode, or travel: EDVA and EDNC, Western Division, Raleigh.
- Refrain from possessing a firearm, destructive device, or other dangerous weapons.
- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.
- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.
- Electronic monitoring with time outs as directed by Probation Office.
- Maintain residence at home of third-party custodian, Alexis Ward in Portsmouth, VA.
- Defendant to undergo mental health evaluation and treatment as directed by Probation Office.

Since the defendant's release, he has been supervised in the Eastern District of Virginia by U.S. Probation Officer Melba Walker Banks. Two Violation Reports have been submitted to the court. On November 27, 2013, the court was notified that Blythe was charged in Chesapeake, Virginia, with Driving on a Suspended License and Expired Inspection. Although these charges were pending, the defendant admitted guilt. The court agreed to continue supervision under the existing conditions. On January 2, 2014, a Violation Report was submitted advising that on December 25, 2013, the defendant was charged in Chesapeake, Virginia, with Assault and Battery-Family Member. The court agreed to continue supervision pending the adjudication of this charge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 6, 2014, the defendant was found guilty of Misdemeanor Assault and Battery-Family Member in Chesapeake, Virginia (ASL-1315-M1).

**PRAYING THAT THE COURT WILL ORDER** that a hearing be held to determine if the defendant's pretrial release supervision should be revoked.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Dwayne K. Benfield | /s/Dewayne L. Smith |
| Dwayne K. Benfield<br>Supervising U.S. Probation Officer | Dewayne L. Smith<br>U.S. Probation Officer<br>201 South Evans St., Room 214<br>Greenville, NC 27858<br>Phone: 252-830-2338<br>Executed On: February 12, 2014 |

**ORDER OF COURT**

Considered and ordered this __14th__ day of __February_____, 2014, and ordered filed and made a part of the records in the above case.

_____
William A. Webb
U.S. Magistrate Judge